**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**OCT 03 2017**

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 17-CR-30159-MJR |
| | ) | |
| JULIAN RUBIO-ESTRADA, | ) | Title 8, |
| | ) | United States Code, |
| | ) | Section 1326(a) and (b)(2) |
| Defendant. | ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
### Illegal Reentry of an Aggravated Felon

On or about August 29, 2017, in St. Clair County, within the Southern District of Illinois,

**JULIAN RUBIO-ESTRADA,**

defendant herein, an alien who had previously been arrested and deported pursuant to law from the United States to Mexico on or about February 12, 2010, through El Paso, Texas; and who had previously been convicted of Trafficking In Drugs In the First Degree, and five counts of Sale of a Controlled Substance on or about September 10, 2007 in the 11th Judicial Circuit Court of St. Charles, Missouri, in Cause No. 0711-CR-00577-01, an aggravated felony offense (as defined in 8 U.S.C. § 1101(a)(43)) punishable by a term of imprisonment in excess of 1 year; was found in the United States in St. Clair County, Illinois, the said defendant having not obtained the consent of the Attorney General of the United States or the Director of Homeland Security for reapplication by the defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

_____
DONALD S. BOYCE
United States Attorney

_____
DEIRDRE A. DURBOROW
Assistant United States Attorney

Recommended Bond: Detention